James P. Flynn, Esquire
EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, NJ 07102
(973) 642-1900 (phone)
(973) 642-0099 (fax)
*Counsel for Fidelity Brokerage Services, LLC*

Russell Beck, Esquire *(Pro Hac Vice To Be Submitted)*
Stephen D. Riden, Esquire *(Pro Hac Vice To Be Submitted)*
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617) 500-8660 (phone)
(617) 500-8665 (fax)
*Of Counsel for Fidelity Brokerage Services, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC, <br><br> Plaintiff, <br><br> v. <br><br> PETER SCOCCA and <br> WELLS FARGO CLEARING SERVICES, LLC, <br><br> Defendants. | Civil Action No.: 3:22-cv-07492 |

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION
PURSUANT TO RULE 65 AGAINST PETER SCOCCA AND
<u>WELLS FARGO CLEARING SERVICES, LLC</u>**

TO:   Jonathan A. Scobie
      Stevens & Lee
      Princeton Pike Corporate Center
      100 Lenox Drive, Suite 200
      Lawrenceville, NJ 08648
      Attorneys for Defendants

FIRM:57659097v2

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned will apply to the above-named Court at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an Order pursuant to Rule 65 granting a preliminary injunction against Defendants Peter Scocca and Wells Fargo Clearing Services, LLC.

The undersigned intends to rely on the annexed Memorandum of Law, Appendix of Unpublished Cases, Declaration of Meredith Faro, with exhibit, Declaration of Russell Beck with exhibits ("Beck Declaration"), and Declaration of Antoinette Bergwall, with exhibit (which is attached as Exhibit I to the Beck Declaration).

A proposed Form of Order is attached herewith.

Respectfully submitted,

/s/ James P. Flynn
James P. Flynn, Esquire
EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, NJ 07102
(973) 642-1900 (phone)
(973) 642-0099 (fax)
*Fidelity Brokerage Services, LLC*

*Of Counsel*:

Russell Beck (*pro hac vice* to be submitted)
Stephen D. Riden (*pro hac vice* to be submitted)
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Tel (617) 500-8660
Fax (617) 500-8665

Dated: December 23, 2022

## CERTIFICATE OF SERVICE

I, Daniel R. Levy, Esq., hereby certify that on this date I cause a true and correct copy of the foregoing Motion for Preliminary Injunction Pursuant to Rule 65 Against Peter Scocca and Wells Fargo Clearing Services, LLC, Memorandum of Law, Appendix of Unpublished Cases, Declaration of Meredith Faro with exhibit, Declaration of Russell Beck with exhibits and proposed form of Order to be served upon counsel for Defendants Peter Scocca and Well Fargo Clearing Services, LLC via e-mail to the following: jonathan.scobie@stevenslee.com and thomas.lewis@stevenslee.com.

By:   /s/ *Daniel R. Levy*
        Daniel R. Levy

Dated: December 23, 2022

FIRM:57659097v2